

1  JASON L. PINTAR, ESQ. (#212452)
   Law Offices of Jason L. Pintar
2  2021 The Alameda, Suite 310
3  San Jose, CA  95126
   TEL (408)983-0500
4  FAX (408)983-1009
5
6  Attorney for Plaintiff,
   JEFF GRIFFIN

**RECEIVED**
SEP 22 2010
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF GRIFFIN, aka JEFFREY R. GRIFFIN | Case No.: CV10-02336 PVT |
| Plaintiff, | EX PARTE ORDER ENLARGING TIME PURSUAN TO LOCAL RULE 6-2(a) |
| vs. | |
| NORCAL, INC., SUCCESSOR IN INTEREST TO WASTE MANAGEMENT, INC., WASTE MANAGEMENT INC., and DOES 1-100 | |
| Defendants. | |

Having reviewed the Motion submitted by Plaintiff, and GOOD CAUSE APPEARING, it is hereby ordered that:

The deadline to meet and confer re:  initial disclosures, early settlement, ADR process selection, discovery plan, file ADR Certification signed by Parties and Counsel, and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is extended to October 28, 2010;

The deadline to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re:  Contents of Joint Case Management Statement is extended to November 5, 2010.

/ / / /

/ / / /

*Order Enlarging Time; Griffin v. NorCal, Inc., et al.; Case No.:  C10-02336 PVT*

1

The Initial Case Management Conference is continued to Tuesday, November 16, 2010 at 2:00 p.m.

DATED: 9/22/ , 2010              By the Court:

*Patricia V. Trumbull*
MAGISTRATE JUDGE OF THE DISTRICT COURT