UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFF GRIFFIN,<br><br>     Plaintiff,<br><br>  v.<br><br>WASTE MANAGEMENT, INC.<br>RECOLOGY,<br><br>     Defendant. | Case No.: C 10-02336 PSG<br><br>**ORDER GRANTING DEFENSE COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**(Docket No. 31)** |

On March 7, 2011, counsel for Defendant Waste Management of California, Inc. filed a request to appear telephonically at the case management conference set for March 15, 2011. Based on the request and the file herein,

IT IS HEREBY ORDERED that Defendant's request is GRANTED. Counsel for Plaintiff and counsel for Defendant may appear by telephone. Any party wishing to appear by telephone shall make arrangements by contacting Oscar Rivera, courtroom deputy to the undersigned.

Dated: March 14, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER